UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILIANO VALENZUELA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>I. JACQUEZ, C. PETERS,<br><br>　　　　　Respondent. | CASE NO. 2:23-CV-105-LK-DWC<br><br>ORDER FOR SERVICE AND ANSWER, § 2241 PETITION |

Petitioner has filed a 28 U.S.C. § 2241 habeas petition challenging his detention at the Federal Detention Center in SeaTac, Washington. Having reviewed the petition, the Court ORDERS:

(1) The Clerk shall arrange for service upon Israel Jacquez, Warden of the Federal Detention Center at SeaTac, Washington, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

(2) **Within 14 days after such service**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part

ORDER FOR SERVICE AND ANSWER,
§ 2241 PETITION - 1

of such return, Respondents shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful because the Federal Bureau of Prisons has miscalculated his sentence based on an alleged refusal to apply earned time credits under the First Step Act, 18 U.S.C. § 3632(d), towards his sentence due to an immigration detainer and/or other unresolved immigration issues. Respondents shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(3). Accordingly, on the face of the return, Respondents shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondents may file and serve a reply brief not later than the Friday designated for consideration.

The Clerk is directed to send copies of this Order to Petitioner, the Federal Public Defender, counsel for Respondents, and the Honorable Lauren King.

Dated this 1st day of February, 2023.

David W. Christel
United States Magistrate Judge

ORDER FOR SERVICE AND ANSWER,
§ 2241 PETITION - 2